

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:12-CR-244-JCM-(VCF)
)
RAYMUNDO MORALES-JUSTO, )
a.k.a. Omar Morales-Justo, )
a.k.a. Omar Morales, )
)
Defendant. )

## FINAL ORDER OF FORFEITURE

On January 11, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant RAYMUNDO MORALES-JUSTO, a.k.a. Omar Morales-Justo, a.k.a. Omar Morales to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant RAYMUNDO MORALES-JUSTO, a.k.a. Omar Morales-Justo, a.k.a. Omar Morales pled guilty. Criminal Indictment, ECF No. 10; Change of Plea Minutes, ECF No. 31; Plea Agreement, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 32.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

. . .

consecutively from January 17, 2013, through February 15, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 34.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Smith & Wesson .9 millimeter semi-automatic handgun bearing serial number A619508;
2. a Calico M-100 rifle bearing serial number A007522;
3. a Mossberg 12 gauge shotgun bearing serial number G497255; and
4. any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 15th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

2